PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

## Middle District of Pennsylvania/Harrisburg

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ronnie L. Stiver        **Case Number:** 1:CR-01-055-02
**Name of Sentencing Judicial Officer:** The Honorable William W. Caldwell
**Date of Original Sentence:** September 7, 2001
**Original Offense:** Passing and Uttering Counterfeit U.S. Currency, 18 USC § 472
**Original Sentence:** Thirty-three months imprisonment and two years supervised release
**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** July 15, 2003
**Assistant U.S. Attorney:** James T. Clancy   **Defense Attorney:** William J. Fulton

## PETITIONING THE COURT

[X] To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | "While on supervised release, the defendant shall not commit another federal, state, or local crime." |

Franklin County Court Docket No.: 1311-2004
On August 16, 2004, at 2:10 a.m., Washington Township police were dispatched to the Blue Ridge Summit Library, 13676 Monterey Lane, Blue Ridge Summit, for a possible burglary in progress. A witness reported two persons wlaking toward the rear of the building. The witness also observed that a red Ford automobile, registered to Ronnie L. Stiver, was parked near the building. Upon arrival, police positioned themselves around the building. Eventually, one of the participants, Justin Wagaman, was apprehended as he exited the building. Police located and arrested Mr. Stiver inside the building.

Examination of the building showed that Mr. Stiver and his accomplice had torn down numerous ceiling panels, had torn out insulation and had broken light fixtures. The exterior window screen had been forced out of position, and mud and debris was discovered on the floors and carpet.

STIVER, Ronnie L.
1:CR-01-055-02

### Franklin County Court Docket No's.: 1536-2004 and 1537-2004

On August 16, 2004, police interviewed codefendant Justin Wagaman. Mr. Wagaman admitted to police that on August 13, 2004, at about 1:00 a.m., he and Ronnie Stiver drove to the Greencastle Baptist Church, 2377 Buchanan Trail West, Greencastle, Pa. The vehicle was parked near the church when Mr. Stiver exited the vehicle. A short time later, Mr. Stiver returned with a plastic bag containing money.

The pair then drove to the West Brethren in Christ Church, 2665 Lincoln Way West, Chambersburg, and parked in the rear of the building. Mr. Wagaman advised that he observed the defendant approach the church and make entry. Mr. Wagaman advised that he and Mr. Stiver entered the church. Both wore gloves to guard against leaving fingerprints. Mr. Stiver then exited the building with a VCR.

Finally, the pair drove to the Pleasant View Mennonite Church, 346 Warm Spring Road, Chambersburg, and entered, but left with nothing.

### Franklin County Court Docket No.: 1589-2004

On August 16, 2004, police interviewed codefendant Justin Wagaman. Mr. Wagaman advised that he and Mr. Stiver burglarized seven different locations. Mr. Wagaman also advised that Mr. Stiver had told him that he had burglarized three additional locations. One of the locations, the Ragged Edge Library, 35 Ragged Edge Road, Chambersburg, had been previously investigated by police. The burglary was reported to have occurred between 9:00 p.m. on August 3, 2004 and 7:00 a.m. on August 4, 2004. Taken in the burglary were $120.00 in cash, eleven DVD's, ten VHS tapes, and a window air conditioner. About $50.00 damage was done to an interior door during entry.

A search of Mr. Stiver's residence yielded eight of the DVD's, the ten VHS tapes, and a window air conditioner.

On February 25, 2005, the defendant pled guilty in Franklin County Court to Institutional Vandalism (Docket #1311-2004), Burglary(Docket #1536-2004), Criminal Trespass (Docket #1537-2004) and Theft (Docket #1589-2004).

On April 13, 2005, Mr. Stiver was sentenced to three months to twenty-four months imprisonment (Docket #1311-2004), to nine to twenty-four months imprisonment (Docket #1536-2004) to run consecutive to 1311-2004, to six months to twenty-four months (Docket #1537-2004) to run consecutive to 1536-

2

STIVER, Ronnie L.
1:CR-01-055-02

2004, and to six months to twenty-four months imprisonment (Docket #1589-2004) to run consecutive to 1537-2004. The aggregate sentence imposed was two years to eight years.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X]    revoked.
    [ ]    extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

[ ] A warrant be issued and sealed until the defendant's arrest.

[X] A warrant be issued and lodged as a detainer.

I declare under penalty of perjury the foregoing is true and correct.
Executed on June 7, 2005

_____
Douglas M. Durnin
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant to be Lodged as a Detainer.

[ ] The Issuance of a Summons.

[ ] Other

_____
Signature of Judicial Officer

6/7/05
Date

3