UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

Ronnie L. Stiver

CR- 055-02

### APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

__X__ the limited purpose of this proceeding

_____ for the case in its entirety

_____ I previously entered my appearance by:

_____ Accepting Court Appointment

_____ Filing a Motion

_____ Appearing at a Court Proceeding

__X__ I received a copy of the Information/Indictment

_____ I did not receive a copy of the Information/Indictment

FILED
HARRISBURG PA

SEP 11 2006

MARY E. D'ANDREA, Clerk
Per _____ Deputy Clerk

9/11/06
**Date**

_[signature]_
**Signature**

William J Fulton
**Print Name**

106 Walnut St
**Address**

Harrisburg, PA 17101
**City    State    Zip Code**

717 233 5133
**Phone Number**