AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

RONNIE L. STIVER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 01-CR-055-02

**FILED**
HARRISBURG, PA

SEP 11 2006

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

I, __RONNIE L. STIVER__, charged in a ☐ complaint ☐ petition pending in this District __MD of PA__ in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

7-11-06
Date

_____
Counsel for Defendant