AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Middle__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Revocation of Probation or Supervised Release) |
| RONNIE L. STIVER | Case Number: CR-01-00055-002 |
| | USM Number: 10604-067 |
| | William J. Fulton, Esquire |
| | Defendant's Attorney |

**FILED**
HARRISBURG, PA
SEP 1 5 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  __General Condition__  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General Condition | The defendant shall not commit another federal, state or local crime. | April 13, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 12/21/1975

Defendant's Residence Address:

Perry County Prison

South Carlisle Street

P.O. Box 520

New Bloomfield, PA 17068

Defendant's Mailing Address:

SAME AS ABOVE

September 11, 2006
Date of Imposition of Judgment

_William W. Caldwell_ (signature)
Signature of Judge

William W. Caldwell, United States District Judge
Name and Title of Judge

9/15/06
Date

Certified from the record
Date 9/15/06
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Judgment — Page 2 of 2

DEFENDANT: Ronnie L. Stiver
CASE NUMBER: CR-01-00055-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months.**

**X** The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends to the Bureau of Prisons designate the defendant to FCI Schuylkill as the place of confinement, if deemed appropriate.**

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL